| | |
|---|---|
| WARREN RICHARDS, *on behalf of himself and others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BE ROOTED LLC | ) ) |
| Defendant. | ) ) ) |

**Notice of Settlement**

The parties, by and through counsel, file this notice to advise the Court that they have reached a settlement in principle in this matter. The parties intend to file appropriate dismissal paperwork or an additional notice to update the Court as to settlement status within forty-five days.

Respectfully submitted on the 24th day of November, 2025.

| | |
|---|---|
| */s/ Ryan Duffy* | */s/ S. Wilson Quick* |
| Ryan Duffy | S. Wilson Quick |
| The Law Office of Ryan P. Duffy, PLLC | N.C. State Bar No. 44725 |
| 1213 W. Morehead Street | wquick@brookspierce.com |
| Suit 500, Unit #450 | |
| Charlotte, North Carolina 28208 | Vanessa Canuto |
| ryan@ryanpduffy.com | N.C. State Bar No. 56449 |
| | vcanuto@brookspierce.com |
| */s/ Anthony I. Paronich* | |
| Anthony I. Paronich | BROOKS PIERCE MCLENDON |
| Paronich Law, P.C. | HUMPHREY & LEONARD, LLP |
| 350 Lincoln Street, Suite 2400 | Post Office Box 1800 |
| Hingham, MA 02043 | Raleigh, NC 27602 |
| anthony@paronichlaw.com | Tel: (919) 839-0300 |
| *Special Appearance Counsel* | Fax: (919) 839-0304 |
| | |
| *Counsel for Plaintiff Warren Richards* | *Counsel for Defendant Be Rooted LLC* |