# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:25-CV-547-MOC-DCK

WARREN RICHARDS, )
*on behalf of himself and* )
*others similarly situated*, )
                                          Plaintiff, )
)
v. )
)
BE ROOTED LLC )
)
                                          Defendant. )

## PLAINTIFF'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING COMPLETION OF SETTLEMENT

Plaintiff Warren Richards ("Plaintiff"), by and through undersigned counsel, respectfully moves the Court pursuant to its inherent authority to control its docket and manage proceedings to stay all deadlines and proceedings in this matter pending completion of settlement payments under the parties' executed Settlement Agreement and Release (the "Settlement Agreement"). In support, Plaintiff states that the parties have reached a full and final settlement of this action and have executed the Settlement Agreement resolving all claims asserted in the Complaint. On November 24, 2025, Plaintiff filed a Notice of Settlement advising the Court that the matter had been settled (ECF No. 16). Under the Settlement Agreement, Defendant is obligated to make settlement payments pursuant to an installment schedule, and the Settlement Agreement expressly provides that, with Defendant's consent, Plaintiff shall take all actions necessary to stay this civil action for the duration of the installment payment schedule, and that promptly

following receipt of the full settlement payment Plaintiff will file a notice of dismissal with prejudice.

The requested stay is until July 7, 2026. It is consistent with the parties' Settlement Agreement, will conserve judicial resources, and will avoid unnecessary litigation costs while settlement performance is completed. The stay requested is limited in scope and duration, will not prejudice any party, and Defendant consents to the relief sought.

Accordingly, Plaintiff respectfully requests that the Court enter an order staying all proceedings and deadlines in this action pending completion of the settlement payments, and directing Plaintiff to file by July 7, 2026 a notice of dismissal with prejudice or, if necessary, a joint status report advising the Court of any issues regarding settlement performance, together with such other and further relief as the Court deems just and proper.

Dated: January 6, 2026              PLAINTIFF,

                                                  */s/ Ryan Duffy*
Ryan Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead Street
Suit 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*Special Appearance Counsel*