IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-547-MOC-DCK

| | |
|---|---|
| **WARREN RICHARDS,** | )<br>) |
| Plaintiff, | )<br>)   **ORDER**<br>) |
| v. | )<br>)<br>) |
| **BE ROOTED LLC,** | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Unopposed Motion To Stay Proceedings Pending Completion Of Settlement" (Document No. 17) filed January 6, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Unopposed Motion To Stay Proceedings Pending Completion Of Settlement" (Document No. 17) is **GRANTED**. This matter is **STAYED** through **July 7, 2026**.

**IT IS FURTHER ORDERED** that the Parties shall file a Stipulation Of Dismissal on or before **July 10, 2026**. Further extension of this deadline is unlikely to be allowed.

**SO ORDERED**.

Signed: January 6, 2026

_____
David C. Keesler
United States Magistrate Judge