# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No. 3:25-CV-547

WARREN RICHARDS, *on behalf of himself and others similarly situated,*

Plaintiff,

v.

BE ROOTED LLC,

Defendant.

**STIPULATION OF DISMISSAL**

Plaintiff Warren Richards and Defendant Be Rooted LLC (collectively the "Parties"), by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate and agree to the dismissal of all claims asserted in this action, with prejudice.

Respectfully submitted, this the 23rd day of June, 2026.

| | |
|---|---|
| */s/Ryan Duffy* | */s/ S. Wilson Quick* |
| Ryan Duffy | S. Wilson Quick |
| The Law Office of | N.C. State Bar No. 44725 |
| Ryan P. Duffy, PLLC | wquick@brookspierce.com |
| 1213 W. Morehead Street | |
| Suit 500, Unit #450 | |
| Charlotte, North Carolina 28208 | Vanessa Canuto |
| ryan@ryanpduffy.com | N.C. State Bar No. 56449 |
| | vcanuto@brookspierce.com |
| */s/ Anthony I. Paronich* | |
| Anthony I. Paronich | BROOKS PIERCE MCLENDON |
| Paronich Law, P.C. | HUMPHREY & LEONARD, LLP |
| 350 Lincoln Street, Suite 2400 | Post Office Box 1800 |
| Hingham, MA 02043 | Raleigh, NC 27602 |
| anthony@paronichlaw.com | Tel: (919) 839-0300 |
| *Special Appearance Counsel* | Fax: (919) 839-0304 |
| | |
| *Counsel for Plaintiff Warren Richards* | *Counsel for Defendant Be Rooted LLC* |